United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 13-17208-amc
Lillibeth C. Velasco                                          Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: DonnaR            Page 1 of 2         Date Rcvd: Sep 18, 2018
                            Form ID: 138NEW         Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db            +Lillibeth C. Velasco,   104 Woodlawn Avenue,    Upper Darby, PA 19082-3525
13138607      +Benjamin Velasco,   1697 Mescal Street,    Seaside CA 93955-4634
13189194      +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,    Norfolk VA 23541-0907
13128167      +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13128169      +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
13184980      +HSBC Bank USA, N.A.,   PO Box 12907,    Norfolk, VA 23541-0907
13128165       PO Box 339,   Lima, PA 19037-0339
13128171      +Toyota Motor Credit,   PO Box 12187,    Baltimore, MD 21281-2187
13149833       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:39:46     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:42     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:01
               PRA Receivables Management, LLC,    PO Box 12907,   Norfolk, VA 23541-0907
13128168      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 19 2018 02:51:37    Credit One Bank,
               PO Box 98873,   Las Vagas, NV 89193-8873
13243794       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2018 02:51:40
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13245647       E-mail/Text: camanagement@mtb.com Sep 19 2018 02:38:44     M&T Bank,   P.O. Box 840,
               Buffalo, NY 14240-0840
13128170       E-mail/Text: camanagement@mtb.com Sep 19 2018 02:38:44     M&T Bank,   PO Box 62182,
               Baltimore, MD 21
13238990       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:51:30
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
                                                                                               TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13138604      John G. Gray
13138608*    +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
13138609*    +Credit One Bank,   PO Box 98873,   Las Vagas, NV 89193-8873
13138610*    +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
13128166*    +Lillibeth C. Velasco,   104 Woodlawn Avenue,   Upper Darby, PA 19082-3525
13138606*    +Lillibeth C. Velasco,   104 Woodlawn Avenue,   Upper Darby, PA 19082-3525
13138611*   ++M&T BANK,   LEGAL DOCUMENT PROCESSING,   626 COMMERCE DRIVE,   AMHERST NY 14228-2307
              (address filed with court: M&T Bank,   PO Box 62182,   Baltimore, MD 21)
13138605*     PO Box 339,   Lima, PA 19037-0339
13138612*    +Toyota Motor Credit,   PO Box 12187,   Baltimore, MD 21281-2187
                                                                                     TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW           Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              JOHN G. GRAY    on behalf of Debtor Lillibeth C. Velasco esqjgray@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM C. MILLER2    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Lillibeth C. Velasco

    Debtor(s)

Bankruptcy No: 13−17208−amc

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/18/18

39 – 38
Form 138_new