Certificate Number: 14912-PAE-DE-031703359

Bankruptcy Case Number: 13-17208



14912-PAE-DE-031703359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2018, at 2:42 o'clock PM EDT, Lillibeth Velasco completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 2, 2018              By:   /s/Jai Bhatt

                                      Name: Jai Bhatt

                                      Title: Counselor